UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JASON KALEIALOHA SIMPSON,<br><br>Plaintiff,<br><br>v.<br><br>S. DEVORE, et al.,<br><br>Defendants. | Case No. 2:16-cv-02981-JCM-VCF<br><br>ORDER |

Presently before the court is plaintiff Jason Kaleialoha Simpson's motion requesting an extension of the proof of service deadline. (ECF No. 7). Plaintiff requests that this deadline be extended for thirty (30) days after April 13, 2017. (*Id.*). Good cause for granting the motion appears in this instance.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion (ECF No. 7) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the deadline for filing proof of service be extended to May 15, 2017.

IT IS FURTHER ORDERED that this deadline will not be extended again without a highly persuasive explanation for the delay.

DATED THIS 1st day of May, 2017.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE