**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

JASON K. SIMPSON,

        Plaintiff,

vs.

S. DEVORE, *et al.*,

        Defendants.

2:16-cv-02981-JCM-VCF

**ORDER**

      Plaintiff's *in forma pauperis* status was granted and his Complaint was allowed to proceed. (ECF No. 3 and 5).

      Accordingly,

      IT IS HEREBY ORDERED that the Clerk of the Court issue summons to the defendants named in the complaint, deliver the same to the U.S. Marshal for service, and send blank copies of the USM-285 forms to the Plaintiff.

      IT IS FURTHER ORDERED that plaintiff has twenty (20) days to furnish to the U.S. Marshal the required USM-285 forms. Within twenty (20) days after plaintiff receives copies of the completed USM-285 forms from the U.S. Marshal, plaintiff must file a notice with the court identifying which defendants were served and which were not served, if any.  If the plaintiff wishes to have the U.S. Marshal attempt service again on any unserved defendants, then a motion must be filed with the court identifying the unserved defendants, specifying a more detailed name and address, and indicating whether some other manner of service should be used.

IT IS FURTHER ORDERED that the time to effectuate service of the Complaint and Summons is extended to August 7, 2017.

DATED this 10th day of May, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE