# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

JASON KALEIALOHA SIMPSON,

        Plaintiff,

vs.

S. DEVORE, *et al.*,

        Defendants.

2:16-cv-02981-JCM-VCF

**ORDER**

Before the Court are Jason Kaleialoha Simpson's Motion for Status of Request for Counsel and Motion to Make Court Aware that Plaintiff Still Has Not Received Counsel (ECF Nos. 44 & 50).

On August 30, 2017, the Court granted Simpson's request for pro bono counsel and referred this matter to the Pro Bono Program for appointment of counsel. (ECF No. 32). Pro bono counsel are volunteer lawyers who provide their time and resources for those unable to afford an attorney. The pro bono program work in conjunction with several legal organizations to identify pro bono counsel for individual cases. These organizations have attempted to place this case with a pro bono counsel; however, it has been approximately three months and no counsel has been interested in taking this case on a pro bono basis.

Accordingly,

IT IS HEREBY ORDERED that the instant case is removed from the pro bono program.

DATED this 20th day of December, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE