# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JASON KALEIALOHA SIMPSON,<br><br>        Plaintiff,<br><br>vs.<br><br>S. DEVORE, *et al.*,<br><br>        Defendants. | 2:16-cv-02981-JCM-VCF<br>**ORDER** |

Before the Court is Defendants' Motion to Extend Discovery (ECF No. 49).

Pursuant to LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, the time to oppose has passed and no opposition has been filed. It would seem though Simpson has consented to the instant motion.

Accordingly, and good cause appearing,

IT IS HEREBY ORDERED that Defendants' Motion to Extend Discovery (ECF No. 49) is GRANTED.

IT IS FURTHER ORDERED that the following scheduling deadlines apply:

1. DISCOVERY: Pursuant to LR 16-1(b), discovery in this action shall be completed on or before **May 28, 2018**.

2. Expert disclosures shall be made on or before **March 28, 2018**, and the disclosures of rebuttal experts shall be made on or before **April 27, 2018**.

3. Dispositive Motions shall be filed and served no later than **June 27, 2018**.

4. The Joint Pretrial Order is due by **July 26, 2018**. If dispositive motions are filed, the joint pretrial order is due thirty (30) days from the entry of the court's rulings on the motions or by further order of the court.

5. The Interim Status Report must be filed or before **March 28, 2018**.

IT IS SO ORDERED.

DATED this 4th day of January, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE