# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

JASON KALEILOHA SIMPSON,

        Plaintiff,

vs.

S. DEVORE, *et al.*,

        Defendants.

2:16-cv-02981-JCM-VCF

**ORDER**

    Before the Court is the Plaintiff's Motion for Attorney Fees (ECF No. 56). Defendants filed an opposition. (ECF No. 61).

    This is Plaintiff's second request for appointment of counsel. (ECF No. 56). Plaintiff also seeks fees so he can hire an attorney to represent him in this case.

    This case was previously referred to the pro bono program and removed from the program due to lack of interest. General Order 2017-07 establishes the guidelines for the pro bono program. The pro bono program does not give money to *pro se* litigants money to hire counsel. The Court reminds Plaintiff that pro bono counsel are volunteer lawyers who provide their time and resources for those unable to afford an attorney. They do not get paid. It is not mandatory for volunteer counsel to take on cases that are referred to the pro bono program.

    Accordingly,

    IT IS HEREBY ORDERED that Plaintiff's Motion for Attorney Fees (ECF No. 56) is DENIED.

    DATED this 30th day of January, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE