# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

JASON KALEIALOHA SIMPSON,

        Plaintiff,

vs.

S. DEVORE, *et al.*,

        Defendants.

Case No. 2:16-cv-02981-JCM-VCF

**ORDER**

MOTION PROVIDING THE COURT WITH EVIDENCE (ECF NO. 67)

    Before the Court is Plaintiff Jason Simpson's Motion Providing the Court with Evidence that Defendants Violated Plaintiff's Fourth Amendment. (ECF No. 67). For the reasons stated below, Plaintiff's motion is denied.

    Plaintiff filed this motion because he "does not want his remaining Fourth Amendment claims…dismissed for lack of evidence." (*Id.* at 1). Plaintiff is apparently reacting to the Court's recent order granting Defendants' motion to dismiss in part (ECF No. 66) and anticipating a future motion to dismiss. There is no pending motion to dismiss.

    There is no basis for Plaintiff to file evidence with the Court at this time. There are no pending motions or hearing dates that would require the Court to consider evidence. The Court cannot prejudge any motion that may be filed in the future. In addition, "[t]he Court cannot serve as a repository for

1

plaintiff's evidence." *McCreary v. Malone*, No. 3:10-cv-00126, 2010 WL 5464177, at *4 (D. Nev. Dec. 28, 2010).

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that Plaintiff's Motion Providing the Court with Evidence that Defendants Violated Plaintiff's Fourth Amendment (ECF No. 67) is DENIED.

IT IS SO ORDERED.

DATED this 9th day of April, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE