**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JASON KALEIALOHA SIMPSON,<br><br>          Plaintiff,<br>vs.<br><br>S. DEVORE, *et al.*,<br><br>          Defendants. | Case No. 2:16-cv-02981-JCM-VCF<br><br>**ORDER**<br><br>MOTIONS PROVIDING THE COURT WITH EVIDENCE [ECF NO. 70, 71, 75] AND MOTION REQUESTING EVIDENCE BE RETURNED [ECF NO. 76] |

Before the Court are Plaintiff Jason Simpson's Motions Providing the Court with Evidence (ECF Nos. 70, 71, 75) and Motion Requesting ECF No. 67 be Returned to Plaintiff (ECF No. 76). For the reasons stated below, Plaintiff's motions providing evidence are denied and his motion to return evidence is granted.

Plaintiff filed his motions to provide evidence to the Court to "try[] to prove [his] claims so that [he] may be granted relief." (ECF No. 70 at 1; *see also* ECF No. 71 at 1-2, ECF No. 75 at 3). However, these are not proper motions for judgment or relief. They merely seek to provide evidence to the Court.

There is no basis for Plaintiff to file evidence with the Court at this time. There are no pending motions or hearing dates that would require the Court to consider evidence. The Court cannot prejudge any motion that may be filed in the future. In addition, "[t]he Court cannot serve as a repository for

plaintiff's evidence." *McCreary v. Malone*, No. 3:10-cv-00126, 2010 WL 5464177, at *4 (D. Nev. Dec. 28, 2010).

This is not the first time that the Court has denied Plaintiff's motion to provide evidence to the Court. The Court previously denied ECF No. 67. (ECF No. 72). Plaintiff requests that ECF No. 67 be returned to him. (ECF No. 76). The Court now directs the Clerk's Office to return the hard copies of all attachments or exhibits submitted with ECF Nos. 67, 70, 71, 75, and 77 to Plaintiff. The Court will not serve as the repository for Plaintiff's evidence. Should Plaintiff continue to file these types of motions, the Court may consider sanctions.

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that Plaintiff's Motions Providing the Court with Evidence (ECF Nos. 70, 71, 75) are DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion Requesting ECF No. 67 be Returned to Plaintiff (ECF No. 76) is GRANTED. The Court directs the Clerk's Office to return the hard copies of all attachments or exhibits submitted with ECF Nos. 67, 70, 71, 75, and 77 to Plaintiff

IT IS SO ORDERED.

DATED this 2nd day of May, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE