UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JASON K. SIMPSON, | Case No. 2:16-CV-2981 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| S. DEVORE, et al., | |
| Defendant(s). | |

Presently before the court is plaintiff Jason Simpson's motion for extension of time to file a response to defendants' motion for summary judgment. (ECF No. 90).

Plaintiff, who is proceeding *pro se*, seeks an extension of time to file his response so that he can adequately address defendants' amended motion and recently-filed errata. (ECF No. 90). Plaintiff requests the court extend the time for him to file a response up to an including August 1, 2018. *Id.* This is plaintiff's first request for extension of time. Good cause appearing, the court will grant the motion.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion for extension of time (ECF No. 90) be, and the same hereby is, GRANTED.

DATED July 18, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**