# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JASON K. SIMPSON,<br><br>        Plaintiff,<br><br>vs.<br><br>S. DEVORE, *et al.*,<br><br>        Defendants. | 2:16-cv-02981-JCM-VCF<br>**ORDER** |

Before the Court are the following motions:

1. Motion to Compel (ECF No. 79),

2. Defendants' Motion to Extend Dispositive Motion Deadline (ECF No. 80),

3. Renewed Motion for Appointment of Counsel and Referral to the Pro Bono Project (ECF No. 83),

4. Request for Information Concerning the Court's Local Rules (ECF No. 84),

5. Motion for Administrative Relief (ECF No. 85).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the above referenced motions is scheduled for 10:00 AM, September 27, 2018, in Courtroom 3D.

Plaintiff is ordered to appear telephonically.

DATED this 21st day of August, 2018.

                                                                                    _____
                                                                                    CAM FERENBACH
                                                                                     UNITED STATES MAGISTRATE JUDGE